UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONIKA NOBLE,<br><br>      Plaintiff,<br>   v.<br><br>CITY OF PETALUMA and Does 1-10,<br><br>      Defendants. | Case No.: 3:14-CV-04627-SC<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: __May 4, 2015__          _____
                    HONORABLE SAMUEL CONTI
                    United States District Court Judge