UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONIKA NOBLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA; and Does 1-10,<br><br>　　　　Defendants, | Case: 3:14-CV-04627-SC<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 07/02/2015    _____[signature]_____
　　　　　　　　　　　　HONORABLE SAMUEL CONTI
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　　Case: 3:14-CV-04627-SC